### 9985. JOHNSON *v.* THE STATE.

HARWELL, J. The evidence was not sufficient to authorize the verdict finding the defendant guilty of vagrancy, and a new trial should have been granted.

*Judgment reversed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 7, 1918.

Accusation of misdemeanor; from city court of Tifton—Judge Price. July 8, 1918.

The accusation charged that the defendant, on February 17, 1918, in Tift county, did "lead a profligate and immoral life, and did then aid there wander and stroll about in idleness, being then and there able to work, and having no property to support himself." A police officer testified: "I arrested Cleveland Johnson [the defendant] in Tifton, Georgia, about the 17th day of February, 1918. He was walking along the street . . I saw him here for two or three days, idling and loafing around, and when I would see him he was walking about in town. The first time I saw him was on Monday morning when he came to me and told me that he had put up $10 to act as a bond for the appearance of a negro woman by the name of Salutie Carter, and he stated he put up the money for her appearance at the mayor's court on Monday morning. On Tuesday morning he came to me again and asked me about the money, and I told him that the bond had been forfeited and he could not get the money back. The next day I arrested him on a complaint made by some negroes about having given him some money to buy whisky with. . . He stated that he lived in Albany, Georgia, when I arrested him. . . He is a stranger in Tifton, as I have never seen him here before. From his looks I would say he is able to work." The only other witness testified: "I was at the Union Depot when this man came to me and

asked me if I did not want to buy some whisky. I asked him how much it was worth and he told me $2.50 a pint. I gave him $2 and told him to get me the whisky. He told me to wait until he came back, and I waited for some time, but he did not come, so I went on. He did not bring me any whisky. I had never seen him before I gave him the money to get the whisky and did not see him again until the trial in the justice's court." The defendant, in his statement at the trial, said that he had never seen this witness before the trial in the justice's court; that he had a regular job in Albany and worked all the time; that he came to Tifton on Sunday morning, February 15, 1918, intending to return to Albany that night, but remained to get back $10 lent by him to Salutie Carter, which, on her arrest on Sunday, was put up for her appearance in the mayor's court Monday; that he had more money than this $10, and was able to pay his way and expenses.

J. B. Murrow, for plaintiff in error.

J. S. Ridgdill, solicitor, contra.